IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH CHHIM, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-2483 |
| § | |
| UNIVERSITY OF HOUSTON, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of today's date, summary judgment is granted for the defendant. The plaintiff's claims are dismissed, with prejudice.

This is a final judgment.

SIGNED on December 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge