# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH CHHIM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2483 |
| | § | |
| UNIVERSITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING MOTIONS FOR RECONSIDERATION

The plaintiff, Joseph Chhim, has filed a motion to reconsider the court's denial of his motion to proceed on appeal *in forma pauperis*, and a motion to amend his motion to reconsider. (Docket Entry No. 40, 41). This is his second motion for reconsideration of the court's decision on the merits of his claims. Chhim again argues that his allegations of retaliation and discrimination in the decision to fire him from his brief employment in a custodial position at the University of Houston. Chhim reasserts arguments that were raised earlier and rejected. He has again identified no basis for this court to reconsider its earlier decisions.

The motion to amend the motion to reconsider is granted, but the motion to reconsider is denied.

SIGNED on March 31, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge